* Court CRIMINAL Appeals *
* AUSTIN, TEXAS *  13,481-25

Ex Parte:                                    # 13-481-
R Wayne Johnson,
        Relator
                                        *(19 YRS-LATE)x
                              ON* DISCHARGE x
                PRO-Se

    * Application For Writ of HABEAS CORPUS*

May It Please The Court: (9) Judges

1) This is a "CRIMINAL-LAW matter"-
Arises from his criminal-sentence.."
See: 2014 TX App-LEXIS-11746 (7th: Oct 27,
2014; (3) Judges); cites In Re Welty 2008
TX App- LEXIS- 3276 (2008; 7th)- Greenville, 798
SW2d 361- Den By, 627 SW2d 435, (1981)

    "Relator's restraint on LiBerty (Loss of
good-time) is criminal-LAW matter.."..

2) Original Jurisdiction: Article 5, Sect.
5 (C): Ex Parte Thompson, 273 SW 3⟨...⟩
TX Const..

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 10 2015

Abel Acosta, Clerk

3) Johnson's LiBerty is at stake: InAsMuch
As he discharged- 99 yrs - 19 YRS late-once
good-Time (16,239 DAYS) Restored!

(1)

A) SOLE Legal Issue: Retroactive Application-
TION - of 498.0045 Gov Code - TO Johnsons
1977 - CRIME (Ector - 10,473 - (1977) - 90th Dist)..

B) Prohibited: Hatcher, 894 SW2d 364 (CCA) -
" art 6181-1- CIV. continued in effect for convi-
ctions prior to 1989.." (Johnson's law (not
current) As with - 42.12 Section 15(c) C.C.P. -
is Johnson's - NOT: 508.149 - Gov CODE..

C) 498.0045 "shall not restore good-time"
(enacted About 18 yrs AFTER - 1977 crime).

4) Trahan, 894 SW2d 113-118 - Const LAW - 110
"Vested rights conferred By Final Judgm-
ent, cannot be taken AWAY by SUBSEQUENT
legislative Acts, SAN Just Compensation."
Vested Rights II: Smith: 6 TXL Rev 609..

* GOOD-Time: Vested Property Right: 111.004 (12)
Property Code: In Re ColumBia 290 SW 3d
at 221 (TX). "property interests, legal claims"

A) Satterfield, 268 SW 3d 190-224 (SUBow,
84 SW3d at 221) Const LAW-92 " Vested
rights are property protected By the consti-
ution.."
                              *First Impression*
        *(2)*        TEXAS !

5) The last (4) disciplinaries —which have prevented Parole Review — 12 YRS NOW — (MAJors: loss-Time) ARE CRIMES; 42.07 Harassment ("Obscene letters to females") See NUMBers attached)

A) NO Jurisdiction: Article 4.01 C.C.P. (JUDIC-IARY) Article 5, Sect 1 — TX CONST (Judiciary) — 1.08 Penal Code (Agency not ENfore CRIMES)

6) NO atty: Crimes: Gonzales, 117 SW3d 831-36 — (CCA: 26.04 C.C.P— art 1, Sect 10 TX CONST — 6th Amendm): Gideon, 83 SCt 792 (1963):

A) Proceedings VOID: Castro, 998 SW2d 935 "he was not Advised of right to atty required By 157.163 FAM Code — denied due process — VOID proceedings" HABeas; 528.1..

B) Swate, 922 SW2d 122 (TX) VOID, deprive due process — HABeas — 445.."

C) Gonzales, 945 SW2d 830-36 " 1.051 C.C.P — must ADvise of counsel."

7) Not "ADVISed of right TO ATTy — Remain silent, or EXAM trial .. via VIDEO .." 15.17 C.C.P. FABela, 431 SW3d 190-95 By MAGIST-rate only" Kirk, 199 SW3d 467-76 (3)

A) Rothgery, 128 SCt 2578-83- "Article 15, 17 C.C.P. - initial Appearance Before Judicial officer triggers 6th Amend counsel right." Accord;

X Kirby, 92 SCt 1877 (1972) - Brewer, 97SCt 1232 (1977) - HARvey, 110 SCt 1176, - Cuyler, 100SCt 1708 - (1980) *

8) Johnson not "receive all allowed By state laws, due process denied," Ross, 108 SCt 2273 - Hicks 100 SCt 2227

A) Loudermill, 105 SCt 1483-97 "once a right is conferred By statute, it cannot Be deprived SANS due process safeguards"

These: 26.04 C.C.P. - 1.051 C.C.P. - Art 15, 17 C.C.P., etc) *

9) For crimes - AND, 2014 Tx App LEXIS -1746 "Loss good-Time Criminal-law" (1st in Tx - 1st Impression) Applied To DISCIPLINARY)

10) Germane hereto is: "Counsel SUBSTITutes (ANY case) is UNauthorized PRACTice of law: 38,123 (2) "ADVISE Anyone *(4)* of their rights"

See: UPLC, 261 SW3d 24-$$ (TX) cites!
38,123 (38,122) - "LAY persons - AGENCIES
Excluded from practice of law." EL PASO
225 SW3d 146-152 - (81.102 Gov Code, - 81.051, -
81.011 Gov Code "HALT UNAP. LAW." 81.012 "AID
Judiciary .."

11) Separation of Powers: article 2, Sect 1
TX Const:

A) Mega, 145 SW3d 170 (TX) "Agency rules
Adopted consistent w- state laws - or VOID"

B) pg 11- Rule Book - "counsel subs shall
Advise offenders of their rights." (To commit crimes..), Even for crimes: Assaults-
22.01 - Threats 21.07, - Fights, 22.01, - Riot-
Escape, - (Code-20's- MASTERBATE 21.08 INDecent EXPOSURE" - See Smith 2012 TX App LEXIS
102886, "③" - masterbate: That's a crime .."
(45) Total:

C) VOID Acts: Crain, 22 SW3d 58-61 "ANY
Act taken by a person NOT AN atty -
if the Act constitutes Unauthorized PRActice of law is VOID - NO effect .."

*(5)*

12) Johnson: mental-ill patient ("PTSD") (USMC-1968-71-Service-connected) NONE of these "cases" were "cleared" ON COMPETENCY By a Judge: Correctional Mang Health Care I:74.1(3) only a Judge to determine compet- ency" (mental Health Serv- prohibited I:68. 3(A) - A08.1(3) ALSO): 468.003 C.C.P. DROPE, 90S. Ct DUSKY, ..

13) Court must "Adhere to U.S. Sup Ct cases" Roper, 125 SCt 1183-1229- Hatter, 121 SCt 1782-90- Khan, 118 SCt 275." only this court can overr- ule OWN cases .." MANdated By article I, SECT. 1-Tx Const - Cooper, 78 SC 1401-1410 - "our decis- ions are Supreme Law of land - Binding on the states .."

14) After 2014-Tx App LEXIS 11746 Johnson FILED 11.05 Writ to Judge EMERSON! TOOK Mandam- us To "rule" - Appoint counsel, (#7-14-00426- ignored - "Not obey Rule 52.3" - instead Torres release -19 yrs late: EMERSON never FILED with clerk To serve- D.A. -2.01 CCP. still hasn't- 11.40 CC.P release .. *PUBLISH OPINION*!

Wherefore Johnson moves the court To Exer- cise its power to order all Time restored- To release Him; - 19 YRS LATE! I declare all 9001 SPUR 591 *(6)* IS TRUE 28 USC- Amarillo. Tx 79107 1746 Russye Ohsn

# Verified AFFIDAVIT: Illegally CONFINED:

~~[scribbled out text]~~:

* 1977 CRIME: ONLY 1977-LAWS (NO NEW ONES)*
* ALL good-time restored - discharge-99-YRS: 19 YRS late: 498.0045(c) GOV CODE - ("shall not restore time" does not Apply TO me)* Hatcher 894 SW 2d 364 - "Article 6181-1 - Civ Stats - "continued in effect for convictions prior TO 1989)* Article 42.12 Sect 15(c) C.C.P (my law):

* Trahan, 894 SW 2d 113-118 - Const Law - 110 Private rights that are Vested under a final Judgment, - can't Be taken AWAY - By subsequent legislative Acts w/ou + Just compensation.." Vested Rights II 6 Tx. Law Rev. 409..

* 16,289 DAYS must Be restored:

* NO atty: not ADVISED of rights TO Atty: Castro, 998 SW 2d 935 ("not ADVISED of right to atty required By statute - thus VOID proceedings - denied due process." 

* 2014 Tx App - LEXIS - 11146 (JOHNSON) Amarillo Appeals: (3) Judges: "Restraint on Liberty (loss good-time) is "CRIMINAL-Law matter" Arose from Hi(s) criminal SENTENCE"

* Correctional MANAged Health care - Rules: "mental Health serv- prohibited from clearing cases on competency" I-71. 1(3) - only a Judge" I:68.3(A) "prohibited By psychiatrist" A08.1(3):

* "Agency only Adopt rules consistent with state laws." Mega, 145 SW3d 170 (TX)

* Disciplinary: Unauthorized Practice law 38. 123 (UPLC 261 SW3d 24 * 44 (TX) "Advises ANY one of their rights.." (only a mAgistrate CAN inform one of their rights To AN atty EXAM. Trial." Article 15.17 C.C.P. - Rothgery 128 SCt 2578-83 * FaBela, 431 SW3d 190.95

I declare all true 28. USC 1746 Ruffhron

# * Due PROCESS *

Loudermill, 105 SC 1487-93- "once a Right is conferred By statute. it may not Be deprived w/o Adequate due process safeg-uards.."

* Woodard, 118 Sct 1244-55- "once state ESTAB-lishes a procedure, it must Afford fundamental fairness mandated By due process.."

* Ross, 108 Sct 2273- "When one does not recieve all that is allowed By state laws due process is denied.."

* Beyond : Statute; VOID; Statute Exclusive; Violates due process; In Re Reece, 341/360-74(TX). Best Buy, 395 SW3d 847-67- if a statute provides for relief in particular situation - Anything Beyond statute is -VOID.."

Phillips, 109-562- (67 TX Jur -3d Statutes, Sec 116-"persons - things, conseq - Express Exclusion of all ot-hers."

* Fines in excess of statute; Rosser, 902/962 (TX)-Kidd, 794/586 - Wade 724/14/-

RABB, 346 / 208 (81,1016C; ) (211)
TPLC, 261-0.24 - (306) - 81,101,
(30) MISC. DOCK - #07-9197 Sec 2 (9-memb) -
"shall keep TSC, St. Bur. inform UPL -
(by persons, lay agency." 81,061 + partic-
by attys. therein." 81,104(A)-B)-(2) -
82.021 "ONLY SCt- issue lic-not
(#40) delegate")

(44) - (38,123(2) "ADVISE of rights.")

Martin 138/619 - APA - 2001.051 c
"Contest hearing" present EVID, -

(PLC - 26/30 - (TH) S.O.P. - art 2, TC)
81,061 (Excludes st. Entities)

In re AIV Ins. 148/109 (TH) 123 Herly
Against PUB & Policy

\* Prison Disciplinary; Loss Good-Time - ...
(Liberty); ATTORNEY Required - \*

Hill, 105 Sct 2768-73 - "Loss of good-time threatENS loss of liberty (freedom) By EXTENDING
LENGTH of imprisonment." cited: THOMPSON, 263 F.3d
423-27 (5th Cir)

\* LASSiter, 101 Sct 2153-58 (1981) - "In civil, proceedings right to counsel EXISTS, - ONLY WHEN,
if indigent may lose, he "MAY" Lose His PHYSICAL liberty."

\* 2012: Pitts, 700 F.3d 1279-83 - cites: LASSiter (SAME)
AMENSEN, 300 F.3d 1353 (SAME); "potential loss of LIBERTY, - atty required." Rusken, 767 F.2d 1426: SAME)\*

\* 2002; SHELTON, 122 Sct 1764 - "MAY" END-UP IN Actual
loss of physical Liberty atty required.." HAMLIN,
92 Sct 2006-2014 - "NO matter How Brief the TERM."
Scott, 99 Sct at 1162 - "Actual imprisonment isLine
defining constitutional right to counsel."

1967: In re GAULT, 87 Sct 1428-51- "civil - MAY
result in confinement to institution - freedom curtailed; atty required.."

1980: Jones, 100 Sct 1254-63 - (civil commitment) "transfer to mental institution, - counsel required. "mental disease defect.."

1975: Jones, 95 Sct 1779 - Civil (Juvenile) - DOUBLE
Jeopardy Applied.."

These ABOVE controlling cases "FORSAKE;-Reliance" ON; "NO atty in prison disciplinary" Wolff, 94 SCt 2963 - (1974) - Baxter, 96 SCt 1551 (1976

* EX PARTE GOODMAN, 945 SW2d 830 - "Right to counsel turns on whether loss of liberty - NOT if proceedings is "CIVIL" or -, "CRIMINAL" In Re Castro, 998 SW2d 935 - (922 SW2d 122 (Tx) - SWATE; "loss of LIBERTy w/out due process is VOID."

* EX Parte R. WAYNE JOHNSON;: Cause NO: 7-14-00384-CR: "Restraint on Liberty - (loss good-time, - is a criminal LAW matter - AROSE FROM a criminal SENTENCE.." In Re Welty, 2008 Tx Ap. LEXIS-3276 (Amarillo; 10-27-14) - GREENVILLE, 798 SW2d 361 - (9th: Amarillo) 1990)* (3-JUDGES)*

* HABeas relief must First Be sought in District court, county - or ct criminal Appeals article 11.05 code criminal procedure)..

"Liberty interest in the Accurate Application of state laws." Ballard, 937 F.2d 435- cites: Hicks, 100 S.Ct 2227 (state sentencing LAW);

Pitts, 700 F.3d 1279-83 - In civil, proceedings right to counsel is highly circumscribed, if at all, only when indigent party MAY lose his personal freedom, if the Action is lost." Lassiter, 101 S.Ct 2153 - "We draw from courts precedents the PRESumption that indigent party, has a right to counsel - ONLY when - if he looses - he MAY be deprived of his physical Liberty" Amesen 300 F.3d 1353 - (F.Cir-02); (potential loss of freedom - if Action is lost, atty required.") Kushen, 161 F.2d 1426 (7th) - SAME!

Thompson, 263 F.3d 423 (U.S. Ct Appeals - 5th Cir) 427: "LOSS of good time threatens his freedom from confinement By EXTENDING the LENGTH of imprisonment." Hill 105 S.Ct 2768

Shelton, 122 S.Ct 1764: "MAY" END-UP IN Actual DEPRivation of physical Liberty MAY not Be imposed unless he is Afforded counsel..." U.S. Supreme Ct HAMLIN, 92 S.Ct 2006, - Scott, 99 S.Ct at 1162, -

Thompson, Id, " deprivation of time INEVITAbly Affects the duration of confinement

Bulger, 65 F.3d 48 (5th)

\* <u>ATTEND</u> ⊙ <u>DISCIPLINARY</u> ⊘

\*<u>Crime</u>: 36.04 "<u>Improper - InFLUENCE</u>"
"Address - entreaty - ARgument, other
communication To <u>ANY</u> public SERVANT
who <u>will</u> <u>Exercise</u> <u>discretion</u> - iN Adjudic-
Atory <u>proceedings</u> <u>with</u> <u>intent</u> to <u>influence</u>
<u>the outcome</u> (b) Adjudicatory proceedings
"ANY Agency of gouvment where legal Rights
privileges <u>determined</u> ,, "

*★19 YRS · LATE · (DISCHARGE)*

T. D. C. J. - I N S T I T U T I O N A L   D I V I S I O N
DATE 11/12/14               RECORDS OFFICE               TIME 09:29:45
TDCJID: 00282756 NAME: JOHNSON,RONALD WAYNE          UNIT BILL CLEMENTS
SENT. BEGIN DATE 10/27/1977 TDC RECEIVE DATE 08/10/1978
INMATE STATUS LINE CLASS II                    B    LAST PCR REQUEST 11/12/14

```
                                                     MAND SUPV PAROLE
SENT. OF RECORD      00099    YRS 00 MOS 00 DAYS
FLAT TIME SERVED     00037 YRS 00 MOS 16 DAYS    037 %    037 %
GOOD TIME EARNED     00000 YRS 06 MOS 02 DAYS    000 %    000 %
WORK TIME EARNED     00000 YRS 00 MOS 00 DAYS    000 %    000 %
MAND SUPV TIME CREDITS 00037 YRS 06 MOS 13 DAYS  037 %
PAROLE TIME CREDITS  00037 YRS 06 MOS 13 DAYS             037 %
MINIMUM EXPIRATION DTE: 09/26/2051
MAXIMUM EXPIRATION DTE: 10/27/2076
```

*#38 YRS - ON 2-28-15*
*, 4 months!*

JAIL GOOD TIME RECD YES          NUMBER OF DETAINERS 00
GOOD TIME LOST 16289 DAYS        WORK TIME LOST 00000 DAYS
PAROLE STATUS    BPP DATE   ✗              TDC CALC DATE 10/27/1997

*CALC PAROLE ELIG ON CALENDAR TIME

*#19 YRS!*
*LATE//*
*498.0045(c) Gov Code (Not*
*Apply to me) + 1977 LAWS!*

REQUEST _____
CONDUCT RECORD:

*AS w/+(114th Law, Enacted 1987 - Don't Apply*
*To me*

*11,004(12) Property code*
*11,004(17) Property code*
*#6181-1 Crv State*